IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**IKECHUKWU HYGINUS OKORIE**                                                           **PLAINTIFF**

v.                                                                                 CAUSE NO. 2:25-CV-47-LG-MTP

**PILAR LYAS and**                                                                          **DEFENDANTS**
**ELITE CARE FAMILY**
**PRACTICE CLINIC**

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE FOR FAILURE TO PROSECUTE

**BEFORE THE COURT** is the [6] Report and Recommendation proposing that Plaintiff Ikechukwu Hyginus Okorie's Complaint based on breach of contract and other state law claims be dismissed without prejudice for to serve process and failure to prosecute. Okorie did not file an objection[1] to the Report and Recommendation, and the deadline for doing so has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415,

---

[1] While Okorie filed a document [7] titled "Statement of Position and Notice of Retaliation," it does not contain any objections to the [6] Report and Recommendation. Instead, its focus appears to be unrelated proceedings before the Mississippi State Board of Medical Licensure.

1420 (5th Cir. 1996). Having conducted the required review, the Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, Okorie's Complaint is dismissed without prejudice for failure serve process and to prosecute.

In addition, Plaintiff is advised that, upon entry of this Order and the Final Judgment, this case will be finally closed.[2]

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [6] Report and Recommendation is **ADOPTED** as the opinion of the Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to serve process and to prosecute.

**SO ORDERED AND ADJUDGED** this the 14th day of November, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

---

[2] *See also* Sanctions Order in *University Mall v. Okorie, et al.,* Civil Action No. 2:24-cv-91-TBM-MTP